```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 18988
   ANITA CARTER
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

            Debtor
   SSN XXX-XX-4240


----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/24/08 .

   2.  The case was dismissed without confirmation, 01/09/2009.

   3.  The Debtor paid a total of $     350.00 .

   4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------------
CREDITOR NAME               CLASS              CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                               PAID           PAID
----------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES   SECURED VEHIC         .00            .00           331.45
ORCHARD BANK               UNSECURED         NOT FILED          .00              .00
GENESIS FINANCIAL          UNSECURED         NOT FILED          .00              .00
PAYDAY LOAN STORE OF ILL   UNSECURED         NOT FILED          .00              .00
CHECK N GO                 UNSECURED         NOT FILED          .00              .00
QUIK PAYDAY.COM            UNSECURED         NOT FILED          .00              .00
IMAGINE CREDIT CARD        UNSECURED         NOT FILED          .00              .00
SALUTE VISA GOLD           UNSECURED         NOT FILED          .00              .00
TOTAL CREDIT CARD          UNSECURED         NOT FILED          .00              .00
ARROW FINANCIAL SERVICES   UNSECURED         NOT FILED          .00              .00
CERTIFIED RECOVERY         UNSECURED         NOT FILED          .00              .00
FIRST PREMIER BANK         UNSECURED         NOT FILED          .00              .00
MRSI                       UNSECURED         NOT FILED          .00              .00
NCO FINANCIAL SYSTEMS      UNSECURED         NOT FILED          .00              .00
IC SYSTEMS                 UNSECURED         NOT FILED          .00              .00
HSBC                       UNSECURED         NOT FILED          .00              .00
          Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED        PRIORITY     UNSECURED       OTHER           TOTAL

TOTAL CLMS ALLOWED      .00            .00           .00          .00              .00
PRINCIPAL PAID       331.45            .00           .00          .00           331.45
INTEREST PAID           .00            .00           .00          .00              .00
TOTAL PAID           331.45            .00           .00          .00           331.45
The Debtor's attorney, PRO SE DEBTOR                    , was allowed $          .00
and was paid $        .00 .

The Trustee received $      18.55 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/12/09                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE










                                    PAGE  2
        CASE NO. 08 B 18988 ANITA CARTER